

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2016

No. 04-16-00067-CV

**IN THE INTEREST OF A.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09974
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's brief was originally due July 13, 2016. On July 11, 2016, appellant requested a two-week extension of time to file the brief. Appellee filed a motion opposing the requested extension. By separate order, we granted appellant's request for an extension of time and ordered appellant to file the brief on or before July 27, 2016.

In addition to opposing appellant's first extension of time to file the brief, appellee asks that we dismiss the appeal, we assume for want of prosecution for failing to file the brief by the original deadline. We **DENY** appellee's motion to dismiss the appeal.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court